**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-1819**

———————

SHIRLEY R. HARDIN,

Plaintiff - Appellant,

v.

FRANCES KATEH; ANSON COUNTY HEALTH DEPARTMENT,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge.  (3:10-cv-00260-FDW-DSC)

———————

Submitted:  December 20, 2011        Decided:  December 22, 2011

———————

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Shirley R. Hardin, Appellant Pro Se.  Bradley O. Wood, WOMBLE
CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley R. Hardin appeals the district court's order denying relief on her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hardin v. Kateh, No. 3:10-cv-00260-FDW-DSC (W.D.N.C. June 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED